# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Clifton, et al., | No. CV-15-01841-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Michelangelo Leasing Incorporated, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation for Dismissal with Prejudice. (Doc. 53.) For good cause shown,

**IT IS ORDERED** that this action is dismissed with prejudice, each party to bear its own costs and attorney's fees.

Dated this 17th day of February, 2017.

_____
Douglas L. Rayes
United States District Judge